# Third District Court of Appeal
## State of Florida

Opinion filed July 30, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1879
Lower Tribunal No. 16-17648-CA-01
_____

**Jean-Philippe Schneider,**
Appellant,

vs.

**Christian Tirikian, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Jean Philippe Schneider, in proper person.

Paul A. McKenna & Associates, and Paul A. McKenna, for appellees.

Before MILLER, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed.